**IT IS SO ORDERED.**

**SIGNED THIS: March 17, 2020**

_Mary P. Gorman_

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re | GALE RAY CUSTER and JOYCE ANNETTE CUSTER, | Case No. | 19-71778 |
| | | Chapter | 7 |
| | Debtors. | | |

**ORDER**

A hearing having been scheduled on the following matter:

1) Motion for a Determination of Reasonable Value of Services of Debtors' Attorney and for Sanctions (#54) filed by the United States Trustee

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1. | On the Court's own motion, due to the limited operations of the Bankruptcy Court during the COVID-19 pandemic, the hearing on the United States Trustee's Motion for a Determination of |

Reasonable Value of Services of Debtors' Attorney and for Sanctions (#54), previously set for March 24, 2020, is hereby canceled.

The matter is reset for May 19, 2020, in court, at 10:00 a.m., United States Courthouse, Room 232, 600 E. Monroe Street, Springfield, Illinois 62701. If court operations are still limited at that time, the Court will reset the matter to a telephonic conference at the same date and time. If operations are not limited and in-person hearings are being conducted, the personal appearance of attorneys will be expected.

Go to *www.ilcb.uscourts.gov* for information regarding
this court's mandatory electronic filing policy.

###